Vicki A. HORNE, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 02–3219.

United States Court of Appeals, Federal Circuit.

July 24, 2002.

ORDER

The order of dismissal and the mandate dated July 19, 2002 having been issued in

error, the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.